UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10040-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ROGINA ROBINSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on February 25, 2014. A Report and Recommendation was filed on March 17, 2014, **(D.E. #21)**, recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E.#21) of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant, with theft of United States Government money, in violation of Title 18, United States Code, Section 641.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of April, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office